IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| D'ARCY PETROLEUM, LLC; LORD FISHER PETROLEUM, LLC; and BRANDON ROLNICK, § § § § | | |
| Plaintiffs, § | | |
| v. § | No. 3: 19-cv-02770-M-BT | |
| JOHN MINK; KNIK ENERGY, INC.; KELLY BUSTER; STRAWN PARTNERS, LLC; STRAWN OPERATING CO., LLC; HOLLAND ASSET PARTNERS, LLC; UNION ASSET MANAGEMENT, LLC; and STRAWN PARTNERS OPERATING, LLC, § § § § § § § § § | | |
| Defendants. § | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated October 6, 2021. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Additionally, because the Plaintiffs are entitled to recover reasonable attorney's fees and expenses under 18 U.S.C. § 1964(c), Plaintiffs are granted leave to seek an order awarding fees and costs in an amount certain.

1

**SO ORDERED,** this 9th day of November, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE